IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| STANLEY MACK | ) | Civil Action No. 6:15-cv-2840-BHH-KFM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN COLVIN | ) | |
| Acting Commissioner of | ) | |
| Social Security | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 10th day of February, 2016, upon consideration of the Defendant's Motion to Remand and any response thereto, it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

    s/Bruce Howe Henricks
BRUCE HOWE HENDRICKS
UNITED STATES MAGISTRATE JUDGE

February 10, 2016
Greenville, South Carolina